AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ALENA BORICH <br><br> *Plaintiff(s)* <br> v. <br> VACATION RENTALS PROS PROPERTY MANAGEMENT, LLC <br><br> *Defendant(s)* | Civil Action No. 3:20-cv-00490-BJD-JRK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VACATION RENTALS PROS PROPERTY MANAGEMENT, LLC
c/o Registered Agent
STEVEN J. GARTHE
523 N. HALIFAX AVENUE
DAYTONA BEACH, FL 32118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hunter A. Higdon, Esq.
Florin Gray Bouzas Owens, LLC
16524 Pointe Village Drive, Suite 100
Lutz, Florida 33558

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Apr 24, 2020

AmandaJones
*Signature of Clerk or Deputy Clerk*